DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
AMY MACLEAR (SBN: 215638)
*amaclear@gordonrees.com*
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
C&L FINANCIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> OAKLAND RENAISSANCE ASSOCIATES, *et al.* <br><br> Defendants. | Case No. **3:09-cv-03041-EMC** <br><br> **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** <br><br> Complaint Filed:   July 7, 2009 |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant C&L FINANCIAL, INC. hereby substitutes Dion N. Cominos and Amy Maclear of the law firm of Gordon & Rees, LLP, 275 Battery Street, Suite 2000, San Francisco, California 94111; 415-986-5900 (telephone); 415-986-8054 (facsimile); dcominos@gordonrees.com, amaclear@gordonrees.com as its attorneys of record in the above-captioned action instead of Stephen D. Kaus of the law firm of Cooper White & Cooper LLP. This substitution may be signed in facsimile counter parts in order to avoid delay.

I have read this substitution of attorney and consent to the foregoing substitution.

Dated:  August 18, 2009

/s/ James Murad

James Murad

1    We agree to the above substitution.

2    Dated: August 18, 2009                    COOPER, WHITE & COOPER LLP

3

4                                              By:  /s/ Stephen D. Kaus
                                                    _____
5                                                   STEPHEN D. KAUS

6    We accept the above substitution.

7    Dated: August 18, 2009                    GORDON & REES LLP

8

9                                              By:  /s/ Amy Maclear
                                                    _____
10                                                  AMY MACLEAR

11   IT IS SO ORDERED.

12   Dated: ____8/25_____, 2009

13                                              _____
                                                United States Magistrate Judge
14
                                                IT IS SO ORDERED
15                                              Judge Edward M. Chen

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                          3:09-CV-03041-EMC