CHRISTINE S. HWANG, Cal. Bar No. 184549
ELIZABETH MORRIS, Cal. Bar No. 260513
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Email: chwang@leonardcarder.com
Email: lmorris@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTEL EMPLOYEES & RESTAURANT EMPLOYEES WELFARE FUND; BILL BACIGALUPI, in his official capacity as Trustee; JAMES DU PONT, in his official capacity as Trustee; LIAN ALAN, in his official capacity as Trustee; MARK CLEMENT, in his official capacity as Trustee; DOUGLAS CORNFORD, in his official capacity as Trustee; THERESA ERWIN, in her official capacity as Trustee; WEI-LING HUBER, in her official capacity as Trustee; and IVANA KRJCINOVIC, in her official capacity as Trustee; <br><br> Plaintiffs, <br><br> v. <br><br> OAKLAND RENAISSANCE ASSOCIATES; OAKLAND GARDEN HOTEL, LLC; INTERNATIONAL HOTELIER MANAGEMENT CORP.; INTERNATIONAL HOTELIER HOLDING CORP.; INTERNATIONAL HOTELIER, LTD.; C&L FINANCIAL, INC.; and LAWRENCE M. CHAN; | Case No: C 09-03041 SI <br><br> **STIPULATION AND [PROPOSED] ORDER ALLOWING THE FILING OF A FIRST AMENDED COMPLAINT** |

Plaintiffs in the above-captioned lawsuit and Defendant C&L Financial, Inc., the only defendant which has appeared in the action, by and through their respective counsel, do hereby

---

Stipulation and [Proposed] Order Allowing the Filing of a First Amended Complaint
Case No. C09-03041 SI

stipulate to the filing of the First Amended Complaint attached as Exhibit A hereto.

DATED:   10/29/09                                              LEONARD CARDER, LLP


                                                               By: _____/s/_____
                                                               Christine S. Hwang
                                                               Attorneys for PLAINTIFFS


DATED:   10/29/09                                              GORDON & REES, LLP


                                                               By:_____/s/_____
                                                               Amy Maclear
                                                               Attorneys for Defendant:
                                                               C&L Financial, Inc.


    Pursuant to stipulation, Plaintiffs shall be allowed to file the First Amended Complaint attached as Exhibit A hereto, and the Clerk is directed to file said First Amended Complaint.

DATED:_____

                                                               _____
                                                               Hon. Susan Illston
                                                               United States District Court Judge

---